U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 30 2015

TONY R. MO___ ___RK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARRYL E. ROBERTSON | DOCKET NO. 15-CV-392; SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 be **DENIED AND DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 29th day of April, 2015.

TOM STAGG
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA